IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WEBB,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant.<br>_____/ | No. C-11-00476 CRB (EDL)<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S REQUESTS FOR PRODUCTION OF DOCUMENTS** |

On August 18, 2011, Plaintiff filed a motion seeking an extension of time until September 30, 2011 to respond to Defendant's requests for production of documents. Plaintiff attached a letter from Defendant's counsel to the motion in which counsel agrees to an extension of time to September 30, 2011. Therefore, the deadline to respond to Defendant's requests for production of documents is extended to September 30, 2011.

**IT IS SO ORDERED.**

Dated: August 19, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge