1
2
3
4
5                          IN THE UNITED STATES DISTRICT COURT

6                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ANTHONY WEBB,                              No. C-11-00476 CRB (EDL)

9              Plaintiff,                       **ORDER EXTENDING PLAINTIFF'S
                                                TIME TO RESPOND TO DEFENDANT'S**
10     v.                                       **REQUESTS FOR PRODUCTION OF
                                                DOCUMENTS**
11   CITY AND COUNTY OF SAN FRANCISCO,

12             Defendant.
     _____/
13

14         On August 18, 2011, Plaintiff filed a motion seeking an extension of time until September

15   30, 2011 to respond to Defendant's requests for production of documents.  Plaintiff attached a letter

16   from Defendant's counsel to the motion in which counsel agrees to an extension of time to

17   September 30, 2011.  Therefore, the deadline to respond to Defendant's requests for production of

18   documents is extended to September 30, 2011.

19         **IT IS SO ORDERED.**

20   Dated: August 19, 2011                     _Elizabeth D. Laporte_
                                                _____
21                                              ELIZABETH D. LAPORTE
                                                United States Magistrate Judge
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California